**Douglas Alan JARVIS, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden of the Federal Correctional Complex in Petersburg, Virginia, Respondent—Appellee.**

No. 08–6345.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 20, 2008.

Douglas Alan Jarvis, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis appeals the district court's order denying his motion for contempt. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. *Jarvis v. Stansberry*, No. 2:07–cv–00094–RAJ–TEM (E.D. Va. filed Feb. 19 & entered Feb. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*